IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATTAGLIERI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REMINGTON LODGING AND<br>HOSPITALITY, L.P., et al.,<br><br>　　　　Defendants | No. C-09-2468 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

    By order filed June 8, 2009, the Court directed defendants Remington Hospitality, Inc. and Per Nillson to show cause why the above-titled action should not be remanded to state court for lack of subject matter jurisdiction. Specifically, defendants were directed to show cause why the action should not be remanded due to a lack of complete diversity.

    Before the Court is defendants' response, filed June 22, 2009. Having read and considered defendants' response, the Court finds defendants have offered sufficient evidence to establish the existence of complete diversity.

    Accordingly, the order to show cause is hereby DISCHARGED.

    **IT IS SO ORDERED.**

Dated: July 8, 2009

MAXINE M. CHESNEY
United States District Judge