**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BATTAGLIERI,<br>         Plaintiff,<br><br>    v.<br><br>REMINGTON LODGING AND<br>HOSPITALITY, LLC, ET AL.,<br>         Defendants.<br>_____/ | No. C09-2468 MMC MED<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY DEFENDANT'S INSURER REPRESENTATIVE**<br><br>Date:    November 19, 2009<br>Mediator:  Philip Keith |

IT IS HEREBY ORDERED that the insurer representative for Remington Lodging and Hospitality, LLC is excused from personally appearing at the November 19, 2009, mediation before Philip Keith. The insurer representative shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

November 12, 2009            By:    *Elizabeth D. Laporte*
Dated                                        Elizabeth D. Laporte
                                             United States Magistrate Judge