MELANIE D. POPPER, State Bar No. 236279
mdp@revelationlaw.com
THE REVELATION LAW FIRM
2560 9th Street, Suite 212M
Berkeley, CA 94710
Telephone:   (510) 665-4195
Facsimile:   (510) 665-4197

Attorneys for Plaintiff
JAMES BATTAGLIERI

*IT IS SO ORDERED*
*/s/ Maxine M. Chesney*
*Judge Maxine M. Chesney*

Dated: June 23, 2010

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATTAGLIERI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>REMINGTON LODGING AND HOSPITALITY, LLC, erroneously sued herein as REMINGTON LODGING AND HOSPITALITY, L.P., and PER NILSSON, an individual; and Does 1 - 10,<br><br>　　　　　　Defendants. | Case No.  3:09-cv-02468-MMC<br><br>**PLAINTIFF JAMES BATTAGLIERI'S NOTICE OF VOLUNTARY DISMISSAL**<br><br><br>Removal Filed:　June 3, 2009<br>Trial Date:　　　September 20, 2010 |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.  The parties have informally resolved the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　THE REVELATION LAW FIRM

Dated: September 25, 2009

　　　　　　　　　　　　　　　　By:　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Melanie D. Popper
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　JAMES BATTAGLIERI

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL  - 1